### FISHER v. LIBBY, appellant.

*Damages — on breach of contract of sale.*

Plaintiff sold, and partly delivered some damaged paper to defendant Defendant refused to receive the balance, whereupon, plaintiff, after notice to defendant, sold the same at public auction. *Held,* that this method of ascertaining the damage was legal. *Pollen* v. *Leroy,* 30 N. Y. 549.

APPEAL from a judgment entered upon the report of a referee.

*Charles M. Da Costa* and *T. P. Chapman,* for appellant.

*Morris & Pearsall,* for respondent.

BARNARD, P. J.

The opinion holds that the referee was justified by the evidence in his findings of fact. The only question of law noticed in the inion, is fully set forth in the head-note.

*Judgment affirmed.*

---

### LESTER, assignee, etc., v. ROME, WATERTOWN & OGDENSBURG RAILROAD COMPANY, appellant.

*Appeal from county court — practice on.*

Upon appeal from a judgment in a county court, it did not appear from the appeal papers that the case had been presented to the county court or that any motion or order had been made thereon in that court. *Held,* that the general term could not review the judgment, and the appeal must be dismissed.

APPEAL from a judgment of the Oswego county court entered upon the report of a referee, in an action originating in a justice's court.

*Wynn & Porter,* for appellant.

*N. B. Smith,* for respondent.

Per CURIAM. (Fourth department.)

The only point in the opinion is fully set forth in the head-note.

*Appeal dismissed.*